UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 4 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT**: 30 mins
(9:10 – 9:40 PM)

Date: September 14, 2015　　　　　　　　　U.S. Probation Officer: Insa Bel'Ochi
Courtroom Deputy: Elizabeth Garcia　　　　U.S. Pretrial Services Officer: N/A
Court Reporter: Irene Rodriguez　　　　　　Interpreter: N/A

**CASE NUMBER**: 5:12-cr-00723-EJD
**TITLE**: USA v. Jose Farias Barajas

Government Attorney(s) present: Stephen Meyer
Defendant Attorney(s) present: Robert Carlin

**PROCEEDINGS:** Defendant's Motion to Continue Evidentiary and Sentencing Hearings (Doc. 115)

**ORDER AFTER HEARING:**
Hearing held.

Counsel to submit their requests for disclosure of materials:
- **Government submission due September 21, 2015**
- **Defense response/submission due September 28, 2015.**

The Court to issue further order on the parties' submissions.

The Court granted the Defendant's motion with the following dates:
- **Defense disclosure of Dr. Deming's report due October 15, 2015.**
- **November 10, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 5:00 PM for Evidentiary/Sentencing Hearing.**
- **November 12, 2015 at 1:30 PM – 5:00 PM for continued proceedings as needed.**

The September 14, 2015 hearing dates are VACATED.

*Elizabeth C. Garcia*

P/NP: Present, Not Present　　　　　　　　　Elizabeth C. Garcia
C/NC: Custody, Not in Custody　　　　　　　Courtroom Deputy
I: Interpreter　　　　　　　　　　　　　　　Original: Efiled
　　　　　　　　　　　　　　　　　　　　　CC: